UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MIKE DROGITIS,<br>   Plaintiff,<br>  v.<br>NANCY BERRYHILL,<br>   Defendant. | Case No. 18-cv-02506-SVK<br><br>**JUDGMENT** |

  Pursuant to the Court's February 21, 2019, order granting the motion for summary judgment of Plaintiff Jerry Mike Drogitis, denying the Commissioner's cross-motion for summary judgment, and remanding the case for further proceedings, judgment is entered in favor of Plaintiff and against the Commissioner. The Clerk of Court shall close the file in this matter.

**SO ORDERED.**

Dated: February 21, 2019

SUSAN VAN KEULEN
United States Magistrate Judge